February 15, 1984.

472 A.2d 256

Commonwealth v. Holmes, Appellant.

Petition for Allowance of Appeal
Denied July 2, 1984.

Submitted January 26, 1984. John P. Liekar, Public Defender, for appellant; Raymond P. Amatangelo, Assistant District Attorney, for Commonwealth, appellee.

Before WIEAND, TAMILIA and POPOVICH, JJ.

Judgment of sentence affirmed.

472 A.2d 256

Commonwealth v. Johnson, Appellant.

Argued January 24, 1984. Carmela R.M. Presogna, Assistant Public Defender, for appellant; Michael R. Cauley, Assistant District Attorney, for Commonwealth, appellee.

Before WIEAND, TAMILIA and POPOVICH, JJ.

Judgment of sentence vacated, and case remanded for resentencing.